IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERRY MARCUS (# 44262)**                          **PLAINTIFF**

**v.**                          **No. 4:05CV230-D-A**

**CHRISTOPHER EPPS, ET AL.**                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 25th day of June, 2007.

/s/ Glen H. Davidson
SENIOR JUDGE